# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PETER INGEGNO,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 19cv2374-JAH (WVG)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

On February 26, 2020, Plaintiff, James Peter Ingegno filed a joint motion to dismiss this case without prejudice. [Doc. No. 15].

Having considered the motion filed by Plaintiff and finding that no pleading has been filed opposing Plaintiff's motion, the Court hereby **GRANTS** the motion and **DISMISSES** this case without prejudice. Each party will bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: February 27, 2020

_____
Hon. John A. Houston
United States District Judge

1